Manufacturers Mercantile Company, Appellant, v. Monarch Refrigerating Company of Chicago, Appellee.

**Gen. No. 19,383.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. EDWARD A. DICKER, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed May 25, 1914.

## Statement of the Case.

Action by Manufacturers Mercantile Company, a

174     APPELLATE COURTS OF ILLINOIS.

Manufacturers Mer. Co. v. Monarch Ref. Co., 187 Ill. App. 173.

corporation, against the Monarch Refrigerating Company of Chicago, a corporation, in trover. The decision in the case turned on the question whether certain warehouse receipts were negotiable or non-negotiable. From a judgment in favor of defendant, entered on a directed verdict, plaintiff appeals.

The cause was before the Appellate Court on a former appeal in 169 Ill. App. 562, and a judgment for plaintiff was reversed and the cause remanded.

WEST & ECKHART, for appellant.

MANCHA BRUGGEMEYER, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1818*—*when decision on former appeal binding on second trial.* Where the Appellate Court on a former appeal decided that certain warehouse receipts were non-negotiable and reversed the judgment and remanded the cause, *held* that the action of the court on the second trial in directing a verdict for the defendant on the ground that the decision on the former appeal was binding, was proper where the evidence was substantially the same on both trials and the differences were unimportant and did not affect the controlling question in the case.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.